# UNITED STATES DISTRICT COURT
## Northern District of New York

**COMPLAINT**

1:10-cv-1124 GLS/DRH

U.S. DISTRICT COURT
**N.D. OF N.Y.**
**FILED**

SEP 2 0 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Dennis Shipman, *Pro Se*
Plaintiff(s)

V.                         COMPLAINT

Sterling Infosystems, Inc,
Defendants.CASE NUMBER:

Plaintiff(s) in the above-captioned action, allege(s) as follows:


JURISDICTION


1.    This is a civil action seeking relief and/or damages to defend and protect the rights

guaranteed by the Constitution of the United States. This action is brought pursuant

28 U.S.C. §1332(a). The Court has jurisdiction over this action pursuant to 28 U.S.C.

§§ 1332 (a).

PARTIES

2.    Plaintiff: Dennis Shipman/Shipman Holdings LLC
Address:  58 Grove Street - 2nd Floor
Newburgh, New York 12550-4128
Dennis@EastNYManagement.net

   3.  Defendant:  Sterling Infosystems, Inc.
   4.  Adresss:     249 W. 17th St., 6th Fl., New York, NY 10011
   5.  Phone: 212-736-5100
   6.  Fax: 212-736-0683


FORM E(1)(a) 1

5/2005

## BACKGROUND

New York State has reporting requirements that prohibit Consumer Reporting Agencies (CRAs) from reporting court records that predate the report by more than seven (7) years. Additionally, some states only allow reporting of convictions and pending cases rather than all criminal history information such as arrests and dismissed cases. Some of these states provide an exception that enables CRA's to legally report all court record information as far back as it is kept on file if the subject's salary is above a state-specified level.

In order to comply with such state reporting laws, Sterling Infosystems Inc.,should be requesting salary information. It does not have to inquire as to the employee/applicants' actual salary. Instead, it needs to know whether the employee/applicants' salary will be above the salary exception so that Sterling may report to its clients what is required by state law. Because on or about September 8, 2010, I applied for a part time "yard man" position with Ace Endico Corporation, 80 International Blvd, Brewster, NY 10509 paying $15/hour @ 25 hours/week for an annual salary of $19,500, which is well below the threshold for legally reporting criminal history records by a third party CRA in New York State as Sterling wells knows.

If Ace Endico Corporation marked "Unknown", in the salary demographics checkbox, when company Human Resource manager Ann Marie Read requested this background search it meant that Sterling's search in New York State should have automatically been limited to seven (7) years pursuant to NY CLS Gen Bus § 380-j.

So, their "adverse action" on my employment application given I am professionally employed by NYS OPWDD and have been for the past 11 years, a clean Class A commercial drivers license, can be directly attributed to Sterling improperly and unethically disclosing twenty five (25) year old criminal history records to this company, which is absolutely despicable. Beyond embarrassing me, the intentional infliction of emotional distress mandates a substantial settlement.

## ARGUMENT

Federal law recognizes common law causes of actions for damages based on willful violations of reporting requirements under federal but more importantly state law. While plaintiff can appreciate employers need to minimize risks associated with a "negligent hire," New York State based "private" employers are required by law to balance this objective against the potential harm to a prospective employee adversely impacted by a denial of employment.

In this case, plaintiff is a professionally employed social worker with undergraduate and graduate degrees received from the State University of New York. He has been employed by New York State Office of Persons with Developmental Disabilities, Metro Developmental Disabilities Services Office ("DDSO"), and prior to that Taconic DDSO, since November 16, 2002. He has held a number of part time jobs in trucking and transportation during that period; namely, with National Delivery Systems where he was entrusted with picking up and delivering high value freight with a daily estimated value of over $500k with no accusations, complaints or reports of overages, damages or, more importantly, shortages ("OS & D").

3

In that time plaintiff has not been arrested or convicted of a crime in any jurisdiction in these United States. Moreover, he has a clean Class A commercial driver license from his state of residence, *bona fide* references, and the 25 to 30 plus year old derogatory information improperly provided by the defendant to the employer in question should not have been employed – no pun intended – because of the sheer length of time that has expired, overwhelming evidence of rehabilitation, demonstrable educational accomplishments, and the fact it is the law in New York State.

New York State Correction Law 23-a, §750, [states in part] (3) "Direct relationship" means that the nature of criminal conduct for which the person was convicted has a direct bearing on his fitness or ability to perform one or more of the duties or responsibilities necessarily related to the license, opportunity, or job in question.

The defendant is a New York based company and, as such, beyond being a consumer reporting agency ("CRA") has to be aware of this widely published law. Sterling's criminal history search should have automatically been limited to seven (7) years pursuant to NY CLS Gen Bus § 380-j.

The job in question – i.e., "yardman" – pays $15/hour or $19,500/year, which is well below the statutory threshold for releasing criminal history records to an employer in New York State whether the employer requests this information or not. The willful disclosure of these records was embarrassing, a violation of state law, and contributed to an intentional infliction of emotional distress.

4

## CAUSES OF ACTION

**FIRST CAUSE OF ACTION:**Negligence

**SECOND CAUSE OF ACTION:**  Fraud

**THIRD CAUSE OF ACTION:** Willful violation of reporting requirements pursuant to

NY CLS Gen Bus § 380-j.

Punitive damages for the intentional Infliction of emotional distress.

Plaintiff(s) demand(s) a trial by
(Court)

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:
compensatory damages in the amount of $75,000 for the denial of employment, and
$225,000 in punitive damages for the intentional infliction of emotional distress.

Plaintiff declare under penalty of perjury that the foregoing is true and correct except for
those representations made as to information and belief, but as to those, believes them to
be correct.

DATED: September 14, 2010

/s/ *Dennis Shipman*
Dennis Shipman
58 Grove Street2nd Floor
Newburgh, New York
125504128

5

**EXHIBITS**



*80 International Blvd.*
*Brewster, NY 10509*
*(914)347-3131*
*(212)517-3035*
*fax (845)940-1516*
*www.AceEndico.com*

*food service specialists*

September 14, 2010

Dennis Shipman
58 Grove Street, 2nd Floor
Newburgh, NY 12550

Dear Mr. Shipman,

When you applied for employment, you consented to an independent investigation conducted by a consumer reporting agency. This investigation may have included obtaining information regarding bankruptcies covering up to the last ten (10) years, obtaining information regarding civil suits, civil judgments, arrest records, and paid tax liens covering up to the last seven (7) years, obtaining information regarding any other adverse item of information covering up to the last seven (7) years and obtaining information regarding references and educational and employment verifications without any time limitations, subject to any limitations or exceptions applicable under state and federal law. The investigation also may have included obtaining information relating to criminal records without any time limitations, subject to state law.

Ace Endico Corporation contracted with STERLING INFOSYSTEMS, INC., whose address and telephone number are 249 West 17th Street, New York, NY 10011 / Telephone: (877) 424-2457.

STERLING INFOSYSTEMS, INC. has reported to us the following information:

Misdemeanor – Criminal Mischief
Misdemeanor – Resist Arrest

Based on this information, subject to you successfully challenging the accuracy of this information, we have decided to revoke your conditional offer of employment. STERLING INFOSYSTEMS has not made this decision and is not able to explain why the decision was made.

Ace Endico Corporation is enclosing a copy of the report and a copy of your rights under the federal Fair Credit Reporting Act. You have the right to obtain a free copy of your file from STERLING INFOSYSTEMS, INC. if you request the report within 60 days. You also have the right to dispute directly with STERLING INFOSYSTEMS, INC. the accuracy or completeness of any information provided by it.

If you believe the information listed above is not accurate, please contact Ann Marie Read at (845) 230-8823 within five business days of receipt of this letter. We will not make a final decision regarding your application until September 22, 2010.

This will give you an opportunity to contact us if you want to dispute the report submitted by STERLING INFOSYSTEMS, INC.

Sincerely,

Ann Marie Read
Human Resources Administrator

Encl: FTC Summary of Rights

 STERLING

# The Fair and Accurate Credit Transactions (FACT) Act

On December 4, 2003, President Bush signed into law the Fair and Accurate Credit Transactions Act, the "FACT Act," providing some relief to employers using third parties to conduct workplace investigations. Under the FACT Act, an employer who uses a third party to conduct a workplace investigation need no longer follow the consent and disclosure requirements of the Fair Credit Reporting Act if the investigation involves suspected misconduct, a violation of law or regulations, or a violation of any pre-existing written policies of the employer. In effect, this means the element of surprise again may be useful as an effective technique in conducting a workplace investigation. The FTC has provided notice of rulemaking that would make March 31, 2004 the effective date for these changes.

Since April, 1999, the Federal Trade Commission, which oversees the implementation of the FCRA, had taken the position that the FCRA consent and disclosure requirements were triggered when a third party, such as a law firm or outside human resources consultant regularly assisting employers with investigations, undertakes a workplace sexual harassment investigation on behalf of an employer. For example, under the FTC's interpretation, an employer was required to obtain the consent of an employee under investigation for alleged harassment *prior to* the third party conducting the investigation. Under those circumstances, the employer also was required to disclose to the employee the nature and scope of the investigation. An equally troubling aspect of the FTC interpretation required the employer provide the employee being investigated with a copy of the resulting report at the "pre-adverse action" stage of the proceeding, with the names of sources removed from the report.

The FACT Act requires that, to be excluded from the disclosure requirement at the pre-adverse action stage, communication of the report resulting from the third party investigation must be limited to the employer or an agent of the employer. As a practical matter, the report should not be disclosed to the complaining party; doing so may bring it within the scope of an investigative "consumer report" otherwise triggering the disclosure requirements.

In the event "adverse action" is taken against the employee based on the results of the investigation, the FACT Act still requires the employer to provide the employee a summary of the report. "Adverse action" has been broadly defined as *any* employment decision that adversely affects an employee. Employers using outside consultants to conduct internal investigations must therefore remember to provide this summary whenever an adverse action is taken, even if a written warning results. However, the summary does *not* have to identify the individuals interviewed or other sources of information.

### Special Consent Required for Medical Information

In a separate provision, the FACT Act requires employers requesting medical information about a "consumer" applicant or employee to obtain a *specific* written consent describing in "clear and conspicuous language" the use for which the information will be furnished. The medical-related information sought by the employer must be, in effect, job-related. For example, a consumer reporting agency would be prohibited from disclosing any medical-related information inadvertently disclosed while conducting a background investigation, unless the employer had a *specific* consent form from an applicant or employee.

In this regard, the legislation adds a further layer of privacy, by specifically reminding employers that medical information should not be disclosed, except as necessary to carry out the purpose for which the information was initially disclosed, or as otherwise permitted by law. This does not necessarily mean that drug testing or medical examination results received about applicants are subject to FCRA.

Reports prepared by health care providers and laboratories are generally not considered consumer reports because such communications fall within the "transactions and experiences" exception, as, for example, a drug counselor reporting the results of a test done by a laboratory is not creating a "consumer report." In contrast, an entity that retains copies of drug tests and regularly sells this information to a third party for a fee is considered a "consumer reporting agency" preparing a "consumer report."

 STERLING

In any event, employers will need to be cognizant of the authorization requirements of the Health Insurance Portability and Accountability Act before obtaining a copy of such reports. HIPAA's rules require covered health care providers who prepare these reports to obtain specific authorization when an employer requests a copy of employee medical information.

Certain entities subject to the HIPAA privacy regulations may have further compliance obligations. For example, a hospital that is a covered health care provider under HIPAA may conduct a workplace investigation with respect to an employee that involves certain health information of some of the hospital's patients. Although the HIPAA privacy regulations may permit disclosures of this kind as part of the hospital's health care operations (a defined term under HIPAA) without the patient's authorization, the hospital should review the privacy regulations and applicable state law to determine their obligations in this regard.

In sum, the changes to the FCRA requirements and the additional medical information privacy provisions of the new FACT Act will require employers to take a close look at their policies and practices involving background checks, workplace investigations, and requests for employee medical information. An employer conducting background checks should revisit whether the forms used or supplied by the consumer reporting agency comply with FCRA requirements, specifically when seeking covered medical information. Requests for, or the use of, medical related information should be reviewed to determine whether a separate HIPAA authorization would be required. Finally, in the event of a workplace investigation involving the use of a third party, the employer must provide the employee a summary of the results if any adverse employment action is taken. Sound documentation remains a key to your compliance efforts under this law.

*Please be advised that the information above is not intended to be a substitute for legal advice. If you have general questions about the FCRA requirements, FACT Act, applicable state law requirements or any of the documents contained in the Resource Library, we encourage you to direct your questions to your Sterling Testing Systems representative or to utilize our Help Line service which is staffed by attorneys from Jackson Lewis LLP. In any event, before taking any adverse employment action, we strongly recommend that you consult with legal counsel.*


STERLING
DIRECT

## CONFIDENTIAL
## Order #: 12374482  DENNIS SHIPMAN
### Candidate Information

| | |
|---|---|
| Store Number | |
| Last Name | SHIPMAN |
| First Name | DENNIS |
| Middle Name | |
| Date of Birth (mm/dd/yyyy) | |
| Phone | 347-846-8447 |
| Projected Salary | Between $20,000-$24,999 |
| Job State | NY |

### Current Address

| | |
|---|---|
| Address | 58 GROVE STREET |
| Apartment Number | 2ND FLOOR |
| City | NEWBURGH |
| State | NY |
| Zip | 12550 |

### Previous Address

| | |
|---|---|
| Address | 718 BINNEWATER LANE |
| Apartment Number | |
| City | KINGSTON |
| State | NY |
| Zip | 12401 |

### Additional information

| | |
|---|---|
| Applicant Email Address | |

### Results Status

### Generate Adverse Action Letter

| Service | Status Finding |
|---|---|
| CONSUMER CREDIT REPORT | CLOSED |
| CRIMINAL RECORD SEARCH | CLOSED 3 Alert |
| SOCIAL SECURITY TRACE SEARCH | CLOSED Alert |

### CONSUMER CREDIT REPORT

| Status: CLOSED | Open Date: 9/10/2010 10:02:34 AM | Close Date: 9/10/2010 10:02:44 AM |
|---|---|---|

**Finding:**

```
****************************= TU Credit =****************************
*                                                                  *
*                                                                  *
********************************************************************

PULLED: 09/10/2010 09:02:43 AM

SUBJECT NAME                                      SSN
  SHIPMAN, DENNIS K                               ###-##-####
```

```
ADDRESS(ES):
  58 GROVE ST NEWBURGH, NY 12550                                      01/2010
  8 CANDLEWICK CT NEW CASTLE, DE 19720                                11/2008
  125 GREENVILLE AV 1 JERSEY CITY, NJ 07305

EMPLOYMENT DATA REPORTED:

EMPLOYER NAME: OLD DOMINION FREIGHT LINE
OCCUPATION: OB SUPERVISOR
DATE REPORTED: 08/2006


                          CREDIT INFORMATION
-------------------------------------------------------------------------
THE FOLLOWING CREDIT SUMMARY REPRESENTS THE SUBJECT'S TOTAL FILE HISTORY

PUBLIC RECORDS:     2   CURRENT NEGATIVE ACCTS:   2   REVOLVING ACCTS:     1
COLLECTIONS:        5   PREVIOUS NEGATIVE ACCTS:  3   INSTALLMENT ACCTS:  24
TRADE ACCTS:       28   PREVIOUS TIMES NEGATIVE:  6   MORTGAGE ACCTS:      1
CREDIT INQUIRIES:   4   EMPLOYMENT INQUIRIES:     1   OPEN ACCTS:          2


                  HIGH CRED   CRED LIMIT  BALANCE   PAST DUE    MNTHLY   AVAIL
INSTALLMENT: $148,843    $0           $96,784   $0          $1,050     0%
CLOSED W/BAL:$          $           $838      $838        $0         0%
TOTALS:       $148,843   $0           $97,622   $838        $1,050     0%

                          PUBLIC RECORDS
-------------------------------------------------------------------------
THE FOLLOWING ITEMS OBTAINED FROM PUBLIC RECORDS APPEAR ON THE FILE. IN
COMPLIANCE WITH THE FAIR CREDIT REPORTING ACT,  A NOTIFICATION WAS MAILED
ADVISING THE SUBJECT THAT A REPORT HAS BEEN REQUESTED IN CONNECTION WITH
AN EMPLOYMENT BACKGROUND INVESTIGATION WHICH CONTAINS PUBLIC RECORD
INFORMATION.

SOURCE: Z 04841345
DOCKET: 317931     U.S. BANKRUPTCY COURT  CHAPTER 7 BANKRUPTCY FILING
                                                ENTERED: 06/17/2003
ATTORNEY:  HUGH L ROTHBAUM                       PAID:   10/27/2003
ASSETS:    $0                                    LIABS:  $

SOURCE: Z 04841275
DOCKET: 500005560   CIRCUIT COURT  CIVIL JUDGEMENT IN BANKRUPTCY
PLAINTIFF: ISADORE SPIEGEL                       ENTERED: 12/12/2005
ATTORNEY:  FRANZBLAU DRATC                       PAID:
                                                 LIABS:  $9,768


-------------------------------------------------------------------------
THE FOLLOWING ITEMS ARE COLLECTION RECORDS:

  RJM ACQ LLC              Y 01M7S027     OPEN ACCOUNT
  ACCOUNT INFORMATION DISPUTED BY CONSUMER
    VERIF'D 07/2010   BALANCE:  $130      INDIVIDUAL ACCOUNT
    OPENED  10/2007   MOST OWED: $130     08 WACHOVIA BANK CHECKING ACCOUNT
                      PAST DUE: $130
    STATUS AS OF 07/2010: COLLECTION ACCOUNT

  ALLIED INT               Y 0758M006     OPEN ACCOUNT
  PLACED FOR COLLECTION
    VERIF'D 06/2010   BALANCE:  $450      INDIVIDUAL ACCOUNT
    OPENED  04/2010   MOST OWED: $450     11 DIRECTV
                      PAST DUE:  $450
    STATUS AS OF 06/2010: COLLECTION ACCOUNT

  ACB RECEIVAB             Y 035ZQ002     OPEN ACCOUNT
  ACCOUNT INFORMATION DISPUTED BY CONSUMER
    VERIF'D 11/2009   BALANCE:  $360      INDIVIDUAL ACCOUNT
    OPENED  04/2006   MOST OWED: $360     MEDICAL
                      PAST DUE: $360
    STATUS AS OF 11/2009: COLLECTION ACCOUNT

  NCS                      Y 02B3U001     OPEN ACCOUNT
  PLACED FOR COLLECTION
```

```
     VERIF'D 12/2008   BALANCE:   $366        INDIVIDUAL ACCOUNT
      OPENED  11/2008   MOST OWED: $222        11 IDT TELECOM
                        PAST DUE:  $222
       STATUS AS OF 12/2008: COLLECTION ACCOUNT

  I C SYSTEM                 Y 02834002       OPEN ACCOUNT
  ACCOUNT INFORMATION DISPUTED BY CONSUMER
     VERIF'D 12/2008   BALANCE:   $24         INDIVIDUAL ACCOUNT
      OPENED  06/2007   MOST OWED: $180        MEDICAL
                        PAST DUE:  $180
       STATUS AS OF 12/2008: COLLECTION ACCOUNT



  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


  VERIZON DE               U 0298L002         OPEN ACCOUNT
                                              UTILITY COMPANY
     VERIF'D 08/2010  BALANCE:   $174         INDIVIDUAL ACCOUNT
      OPENED  01/2009  MOST OWED: $0
      CLOSED  02/2010  PAST DUE:  $174
      STATUS AS OF 02/2010: CHARGED OFF AS BAD DEBT
      REMARKS: CANCELED BY CREDIT GRANTOR

  VERIZON DE               U 0298L002         OPEN ACCOUNT
                                              UTILITY COMPANY
     VERIF'D 05/2010  BALANCE:   $664         INDIVIDUAL ACCOUNT
      OPENED  07/2009  MOST OWED: $0
      CLOSED  07/2009  PAST DUE:  $664
      STATUS AS OF 07/2009: CHARGED OFF AS BAD DEBT
      REMARKS: CANCELED BY CREDIT GRANTOR

  SALLIE MAE               B 06372038         INSTALLMENT ACCOUNT
                                              STUDENT LOAN
     VERIF'D 05/2009  BALANCE:   $0           INDIVIDUAL ACCOUNT
      OPENED  07/2008  MOST OWED: $8,500
      CLOSED  05/2009
      STATUS AS OF 06/2009: PAID OR PAYING AS AGREED
      IN PRIOR 10 MONTHS FROM DATE CLOSED NEVER LATE
      REMARKS: CLOSED

  SALLIE MAE               B 06372038         INSTALLMENT ACCOUNT
                                              STUDENT LOAN
     VERIF'D 05/2009  BALANCE:   $0           INDIVIDUAL ACCOUNT
      OPENED  09/2008  MOST OWED: $3,425
      CLOSED  05/2009
      STATUS AS OF 05/2009: PAID OR PAYING AS AGREED
      IN PRIOR 8 MONTHS FROM DATE CLOSED NEVER LATE
      REMARKS: CLOSED

  SALLIE MAE               B 06372038         INSTALLMENT ACCOUNT
                                              STUDENT LOAN
     VERIF'D 05/2009  BALANCE:   $0           INDIVIDUAL ACCOUNT
      OPENED  07/2008  MOST OWED: $1,000
      CLOSED  05/2009
      STATUS AS OF 05/2009: PAID OR PAYING AS AGREED
      IN PRIOR 10 MONTHS FROM DATE CLOSED NEVER LATE
      REMARKS: CLOSED

  AES/WLLSFRGO             E 0494T57M         INSTALLMENT ACCOUNT
                                              STUDENT LOAN
     VERIF'D 01/2007  BALANCE:   $0           INDIVIDUAL ACCOUNT
      OPENED  09/2005  MOST OWED: $3,334      PAY TERMS: 115 MONTHLY
      CLOSED  01/2007
      STATUS AS OF 01/2007: PAID OR PAYING AS AGREED
      IN PRIOR 15 MONTHS FROM DATE PAID 1 TIME 90 OR MORE DAYS , 1 TIME 60 DAYS ,
  LATE
        MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 10/2006
      REMARKS: ACCOUNT CLOSED DUE TO REFINANCE

  AES/WLLSFRGO             E 0494T57M         MORTGAGE ACCOUNT
                                              STUDENT LOAN
     VERIF'D 01/2007  BALANCE:   $0           INDIVIDUAL ACCOUNT
      OPENED  09/2005  MOST OWED: $5,667      PAY TERMS: 115 MONTHLY
      CLOSED  01/2007
```

STATUS AS OF 01/2007: PAID OR PAYING AS AGREED
IN PRIOR 15 MONTHS FROM DATE PAID 1 TIME 90 OR MORE DAYS , 1 TIME 60 DAYS ,
LATE
    MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 10/2006
REMARKS: ACCOUNT CLOSED DUE TO REFINANCE

US DEP ED              V 01BTP001          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 01/2007 BALANCE:   $0           INDIVIDUAL ACCOUNT
   OPENED   11/2004 MOST OWED: $79,541     PAY TERMS: 283 MONTHLY $248
   CLOSED   01/2007
   STATUS AS OF 12/2006: PAID OR PAYING AS AGREED
   IN PRIOR 25 MONTHS FROM DATE PAID 1 TIME 90 OR MORE DAYS , 1 TIME 60 DAYS ,
LATE
       MAXIMUM DELIQUENCY OF 90+ DAYS OCCURRED IN 10/2006
   REMARKS: ACCOUNT CLOSED DUE TO REFINANCE

SALLIE MAE             B 06372038          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 11/2004 BALANCE:   $0           INDIVIDUAL ACCOUNT
   OPENED   06/1998 MOST OWED: $5,200      PAY TERMS: MONTHLY $66
   CLOSED   11/2004
   STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
   IN PRIOR 48 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: TRANSFERRED TO ANOTHER LENDER

SALLIE MAE             B 06372038          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 11/2004 BALANCE:   $0           INDIVIDUAL ACCOUNT
   OPENED   02/2002 MOST OWED: $3,730      PAY TERMS: MONTHLY $37
   CLOSED   11/2004
   STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
   IN PRIOR 33 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: TRANSFERRED TO ANOTHER LENDER

SALLIE MAE             B 06372038          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 11/2004 BALANCE:   $0           INDIVIDUAL ACCOUNT
   OPENED   02/2002 MOST OWED: $5,695      PAY TERMS: MONTHLY $61
   CLOSED   11/2004
   STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
   IN PRIOR 33 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: TRANSFERRED TO ANOTHER LENDER

SALLIE MAE             B 06372038          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 11/2004 BALANCE:   $0           INDIVIDUAL ACCOUNT
   OPENED   10/1995 MOST OWED: $3,667      PAY TERMS: MONTHLY $49
   CLOSED   11/2004
   STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
   IN PRIOR 21 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: CLOSED

SALLIE MAE             B 06372038          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 11/2004 BALANCE:   $0           INDIVIDUAL ACCOUNT
   OPENED   03/1996 MOST OWED: $1,833      PAY TERMS: MONTHLY $24
   CLOSED   11/2004
   STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
   IN PRIOR 21 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: CLOSED

SALLIE MAE             B 06372038          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 11/2004 BALANCE:   $0           INDIVIDUAL ACCOUNT
   OPENED   01/1997 MOST OWED: $4,500      PAY TERMS: MONTHLY $60
   CLOSED   11/2004
   STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
   IN PRIOR 21 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: CLOSED

SALLIE MAE             B 06372038          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 11/2004 BALANCE:   $0           INDIVIDUAL ACCOUNT

```
OPENED   01/1995  MOST OWED: $2,500       PAY TERMS: MONTHLY $33
CLOSED   11/2004
STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
REMARKS: CLOSED

SALLIE MAE          B 06372038          INSTALLMENT ACCOUNT
                                        STUDENT LOAN
  VERIF'D  11/2004  BALANCE:    $0       INDIVIDUAL ACCOUNT
  OPENED   03/1994  MOST OWED: $2,750    PAY TERMS: MONTHLY $37
  CLOSED   11/2004
  STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
  REMARKS: CLOSED

US DEP ED           V 01BTP001          INSTALLMENT ACCOUNT
                                        STUDENT LOAN
  VERIF'D  03/2004  BALANCE:    $0       INDIVIDUAL ACCOUNT
  OPENED   04/2000  MOST OWED: $7,500    PAY TERMS: 121 MONTHLY $80
  CLOSED   03/2004
  STATUS AS OF 03/2004: PAID OR PAYING AS AGREED
  IN PRIOR 46 MONTHS FROM DATE CLOSED NEVER LATE
  REMARKS: CLOSED

FST PREMIER         B 041PF004          REVOLVING ACCOUNT
                                        CREDIT CARD
  VERIF'D  01/2003  BALANCE:    $0       INDIVIDUAL ACCOUNT
  OPENED   07/2002  MOST OWED: $115
  CLOSED   08/2002                       CREDIT LIMIT: $500
  STATUS AS OF 08/2002: PAID OR PAYING AS AGREED
  IN PRIOR 1 MONTHS FROM DATE CLOSED NEVER LATE
  REMARKS: ACCOUNT CLOSED BY CONSUMER

MERCEDES FIN        F 0117Y012          INSTALLMENT ACCOUNT
                                        INSTALLMENT SALES CONTRACT
  VERIF'D  03/2002  BALANCE:    $        INDIVIDUAL ACCOUNT
  OPENED   03/2002  MOST OWED: $51,772   PAY TERMS: 49 MONTHLY $1,491

  STATUS AS OF 03/2002: PAID OR PAYING AS AGREED

US DEP ED           V 01BTP001          INSTALLMENT ACCOUNT
                                        STUDENT LOAN
  VERIF'D  07/2010  BALANCE:    $8,931   INDIVIDUAL ACCOUNT
  OPENED   05/2009  MOST OWED: $8,931    PAY TERMS: 121 UNSPECIFIED $107

  STATUS AS OF 07/2010: UNRATED
  IN PRIOR 13 MONTHS FROM DATE VERIF'D NEVER LATE
  REMARKS: STUDENT LOAN NOT IN REPAYMENT

US DEP ED           V 01BTP001          INSTALLMENT ACCOUNT
                                        STUDENT LOAN
  VERIF'D  07/2010  BALANCE:    $87,853  INDIVIDUAL ACCOUNT
  OPENED   12/2006  MOST OWED: $88,140   PAY TERMS: 120 UNSPECIFIED $943

  STATUS AS OF 12/2006: UNRATED
  IN PRIOR 42 MONTHS FROM DATE VERIF'D NEVER LATE
  REMARKS: STUDENT LOAN NOT IN REPAYMENT

CITIBANK STU        B 09797013          INSTALLMENT ACCOUNT
                                        STUDENT LOAN
  VERIF'D  06/2005  BALANCE:    $0       INDIVIDUAL ACCOUNT
  OPENED   03/2004  MOST OWED: $9,080    PAY TERMS: 120 MONTHLY $30
  CLOSED   06/2005
  STATUS AS OF 06/2005: UNRATED
  IN PRIOR 16 MONTHS FROM DATE CLOSED NEVER LATE
  REMARKS: REFINANCED

CITIBANK STU        B 09797013          INSTALLMENT ACCOUNT
                                        STUDENT LOAN
  VERIF'D  06/2005  BALANCE:    $0       INDIVIDUAL ACCOUNT
  OPENED   03/2004  MOST OWED: $8,500    PAY TERMS: 120 MONTHLY $27
  CLOSED   06/2005
  STATUS AS OF 06/2005: UNRATED
  IN PRIOR 16 MONTHS FROM DATE CLOSED NEVER LATE
  REMARKS: REFINANCED
```

```
US DEP ED              V 01BTP001          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 06/2005  BALANCE:    $0         INDIVIDUAL ACCOUNT
   OPENED   03/2004  MOST OWED: $27,051    PAY TERMS: 121 MONTHLY $282
   CLOSED   06/2005
   STATUS AS OF 06/2005: UNRATED
   IN PRIOR 15 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: CLOSED


CITIBANK STU           B 09797013          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 06/2005  BALANCE:    $0         INDIVIDUAL ACCOUNT
   OPENED   11/2004  MOST OWED: $5,425
   CLOSED   06/2005
   STATUS AS OF 06/2005: UNRATED
   IN PRIOR 5 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: REFINANCED


CITIBANK STU           B 09797013          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 06/2005  BALANCE:    $0         INDIVIDUAL ACCOUNT
   OPENED   11/2004  MOST OWED: $5,113
   CLOSED   06/2005
   STATUS AS OF 06/2005: UNRATED
   IN PRIOR 5 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: REFINANCED


CITIBANK STU           B 09797013          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 03/2004  BALANCE:    $0         INDIVIDUAL ACCOUNT
   OPENED   09/2002  MOST OWED: $10,000    PAY TERMS: 120 MONTHLY $100
   CLOSED   03/2004
   STATUS AS OF 03/2004: UNRATED
   IN PRIOR 19 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: REFINANCED


CITIBANK STU           B 09797013          INSTALLMENT ACCOUNT
                                           STUDENT LOAN
   VERIF'D 03/2004  BALANCE:    $0         INDIVIDUAL ACCOUNT
   OPENED   09/2002  MOST OWED: $8,500     PAY TERMS: 120 MONTHLY $83
   CLOSED   03/2004
   STATUS AS OF 03/2004: UNRATED
   IN PRIOR 19 MONTHS FROM DATE CLOSED NEVER LATE
   REMARKS: REFINANCED


----------------------------------------------------------------------
THE FOLLOWING COMPANIES HAVE REQUESTED A COPY OF THE SUBJECT'S CREDIT REPORT:

   DATE       SUBCODE     SUBSCRIBER NAME

   01/05/2010  U 01258891  VERIZON
   12/06/2009  U 04210453  AT&T-METRO N
   09/11/2009  Y 07608508  GENERAL REVE
   07/20/2009  Z 08256078  CREDCO IMS

THE FOLLOWING COMPANIES HAVE REQUESTED THE SUBJECT'S FILE FOR EMPLOYMENT USE:

   DATE       SUBCODE     SUBSCRIBER NAME

   09/10/2010  P 00170342  STRLNG TSTNG
```

```
                              COPYRIGHTED TRANS UNION 1994
        A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT


THE FEDERAL FAIR CREDIT REPORTING ACT (FCRA) IS DESIGNED TO PROMOTE ACCURACY,
FAIRNESS, AND PRIVACY OF INFORMATION IN THE FILES OF EVERY "CONSUMER REPORTING
AGENCY " (CRA).  MOST CRA'S ARE CREDIT BUREAUS THAT GATHER AND SELL INFORMATION
ABOUT YOU -- SUCH AS IF YOU PAY YOUR BILLS ON TIME OR HAVE FILED BANKRUPTCY --
TO CREDITORS, EMPLOYERS, LANDLORDS, AND OTHER BUSINESSES.  YOU CAN FIND THE
COMPLETE TEXT OF THE FCRA, 15 U.S.C $$1681-1681U, AT THE FEDERAL TRADE
```

COMMISSION'S WEB SITE (HTTP://WWW.FTC.GOV).  THE FCRA GIVES YOU SPECIFIC
RIGHTS, AS OUTLINED BELOW.  YOU MAY HAVE ADDITIONAL RIGHTS UNDER STATE LAW.
YOU MAY CONTACT A STATE OR LOCAL CONSUMER PROTECTION AGENCY OR A STATE ATTORNEY
GENERAL TO LEARN THOSE RIGHTS.

- YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.
  ANYONE WHO USES INFORMATION FROM A CRA TO TAKE ACTION AGAINST YOU -- SUCH AS
  DENYING AN APPLICATION FOR CREDIT, INSURANCE, OR EMPLOYMENT -- MUST TELL YOU,
  AND GIVE YOU THE NAME, ADDRESS, AND PHONE NUMBER OF THE CRA THAT PROVIDED THE
  CONSUMER REPORT.

- YOU CAN FIND OUT WHAT IS IN YOUR FILE.  AT YOUR REQUEST, A CRA MUST GIVE YOU
  THE INFORMATION IN YOUR FILE, AND A LIST OF EVERYONE WHO HAS REQUESTED IT
  RECENTLY.  THERE IS NO CHARGE FOR THE REPORT IF A PERSON HAS TAKEN ACTION
  AGAINST YOU BECAUSE OF INFORMATION SUPPLIED BY THE CRA.  IF YOU REQUEST THE
  REPORT WITHIN 60 DAYS OF RECEIVING NOTICE OF THE ACTION.  YOU ALSO ARE
  ENTITLED TO ONE FREE REPORT EVERY TWELVE MONTHS UPON REQUEST IF YOU CERTIFY
  THAT (1) YOU ARE UNEMPLOYED AND PLAN TO SEEK EMPLOYMENT WITHIN 60 DAYS, (2)
  YOU ARE ON WELFARE, OR (3) YOUR REPORT IS INACCURATE DUE TO FRAUD.
  OTHERWISE, A CRA MAY CHARGE YOU UP TO EIGHT DOLLARS AND FIFTY CENTS.

- YOU CAN DISPUTE INACCURATE INFORMATION WITH THE CRA.  IF YOU TELL A CRA THAT
  YOUR FILE CONTAINS INACCURATE INFORMATION, THE CRA MUST INVESTIGATE THE ITEMS
  (USUALLY WITHIN 30 DAYS) BY PRESENTING TO ITS INFORMATION SOURCE ALL RELEVANT
  EVIDENCE YOU SUBMIT, UNLESS YOUR DISPUTE IS FRIVOLOUS.  THE SOURCE MUST
  REVIEW YOUR EVIDENCE AND REPORT ITS FINDINGS TO THE CRA.  (THE SOURCE ALSO
  MUST ADVISE NATIONAL CRA'S -- TO WHICH IT HAS PROVIDED THE DATA -- OF ANY
  ERROR.)  THE CRA MUST GIVE YOU A WRITTEN REPORT OF THE INVESTIGATION, AND A
  COPY OF YOUR REPORT IF THE INVESTIGATION RESULTS IN ANY CHANGE.  IF THE CRA'S
  INVESTIGATION DOES NOT RESOLVE THE DISPUTE, YOU MAY ADD A BRIEF STATEMENT IN
  FUTURE REPORTS.  IF AN ITEM IS DELETED OR A DISPUTE STATEMENT IS FILED, YOU
  MAY ASK THAT ANYONE WHO HAS RECENTLY RECEIVED YOUR REPORT BE NOTIFIED OF THE
  CHANGE.

- INACCURATE INFORMATION MUST BE CORRECTED OR DELETED.  A CRA MUST REMOVE OR
  CORRECT INACCURATE OR UNVERIFIED INFORMATION FROM ITS FILES, USUALLY WITHIN
  30 DAYS AFTER YOU DISPUTE IT.  HOWEVER, THE CRA IS NOT REQUIRED TO REMOVE
  ACCURATE DATA FROM YOUR FILE UNLESS IT IS OUTDATED (AS DESCRIBED BELOW) OR
  CANNOT BE VERIFIED.  IF YOUR DISPUTE RESULTS IN ANY CHANGE TO YOUR REPORT,
  THE CRA CANNOT REINSERT INTO YOUR FILE A DISPUTED ITEM UNLESS THE INFORMATION
  SOURCE VERIFIES ITS ACCURACY AND COMPLETENESS.  IN ADDITION, THE CRA MUST
  GIVE YOU A WRITTEN NOTICE TELLING YOU IT HAS REINSERTED THE ITEM.  THE NOTICE
  MUST INCLUDE THE NAME, ADDRESS AND PHONE NUMBER OF THE INFORMATION SOURCE.

- YOU CAN DISPUTE INACCURATE ITEMS WITH THE SOURCE OF THE INFORMATION.  IF YOU
  TELL ANYONE -- SUCH AS A CREDITOR WHO REPORTS TO A CRA -- THAT YOU DISPUTE AN
  ITEM THEY MAY NOT THEN REPORT THE INFORMATION TO A CRA WITHOUT INCLUDING A
  NOTICE OF YOUR DISPUTE.  IN ADDITION, ONCE YOU'VE NOTIFIED THE SOURCE OF THE
  ERROR IN WRITING, IT MAY NOT CONTINUE TO REPORT THE INFORMATION IF IT IS, IN
  FACT, AN ERROR.

- OUTDATED INFORMATION MAY NOT BE REPORTED.  IN MOST CASES, A CRA MAY NOT
  REPORT NEGATIVE INFORMATION THAT IS MORE THAN SEVEN YEARS OLD; TEN YEARS FOR
  BANKRUPTCIES.

- ACCESS TO YOUR FILE IS LIMITED.  A CRA MAY PROVIDE INFORMATION ABOUT YOU ONLY
  TO PEOPLE WITH A NEED RECOGNIZED BY THE FCRA -- USUALLY TO CONSIDER AN
  APPLICATION WITH A CREDITOR, INSURER, EMPLOYER, LANDLORD, OR OTHER BUSINESS.

- YOUR CONSENT IS REQUIRED FOR REPORTS THAT ARE PROVIDED TO EMPLOYERS, OR
  REPORTS THAT CONTAIN MEDICAL INFORMATION.  A CRA MAY NOT GIVE OUT INFORMATION
  ABOUT YOU TO YOUR EMPLOYER, OR PROSPECTIVE EMPLOYER, WITHOUT YOUR WRITTEN
  CONSENT.  A CRA MAY NOT REPORT MEDICAL INFORMATION ABOUT YOU TO CREDITORS,
  INSURERS, OR EMPLOYERS WITHOUT YOUR PERMISSION.

- YOU MAY CHOOSE TO EXCLUDE YOUR NAME FROM CRA LISTS FOR UNSOLICITED CREDIT AND
  INSURANCE OFFERS.  CREDITORS AND INSURERS MAY USE FILE INFORMATION AS THE
  BASIS FOR SENDING YOU UNSOLICITED OFFERS OF CREDIT OR INSURANCE.  SUCH OFFERS
  MUST INCLUDE A TOLL-FREE PHONE NUMBER FOR YOU TO CALL IF YOU WANT YOUR NAME
  AND ADDRESS REMOVED FROM FURTURE LISTS.  IF YOU CALL, YOU MUST BE KEPT OFF THE
  LISTS FOR TWO YEARS.  IF YOU REQUEST, COMPLETE, AND RETURN THE CRA FORM
  PROVIDED FOR THIS PURPOSE, YOU MUST BE TAKEN OFF THE LISTS INDEFINITELY.

- YOU MAY SEEK DAMAGES FROM VIOLATORS.  IF A CRA, A USER OR (IN SOME CASES) A

PROVIDER OF CRA DATA, VIOLATES THE FCRA, YOU MAY SUE THEM IN STATE OR FEDERAL
COURT.

THE FCRA GIVES SEVERAL DIFFERENT FEDERAL AGENCIES AUTHORITY TO ENFORCE THE
FCRA:

FOR QUESTIONS OR CONCERNS REGARDING:   PLEASE CONTACT:

| | |
|---|---|
| CRA'S  CREDITORS AND OTHERS NOT LISTED BELOW | FEDERAL TRADE COMMISSION<br>CONSUMER RESPONSE CENTER - FCRA<br>WASHINGTON, DC 20580<br>202-326-3761 |
| NATIONAL BANKS, FEDERAL BRANCHES / AGENCIES OF FOREIGN BANKS (WORD "NATIONAL" OR INITIALS "N.A." APPEAR IN OR AFTER BANK'S NAME) | OFFICE OF THE COMPTROLLER OF THE CURRENCY<br>COMPLIANCE MANAGEMENT, MAIL STOP 6-6<br>WASHINGTON, DC 20219<br>800-613-6743 |
| FEDERAL RESERVE SYSTEM MEMBER BANKS (EXCEPT NATIONAL BANKS, AND FEDERAL BRANCHES / AGENCIES OF FOREIGN BANKS) | FEDERAL RESERVE BOARD<br>DIVISION OF CONSUMER & COMMUNITY AFFAIRS<br>WASHINGTON, DC 20551<br>202-452-3693 |
| SAVINGS ASSOCIATIONS AND FEDERALLY CHARTERED SAVINGS BANKS (WORD "FEDERAL" OR INITIALS "F.S.B." APPEAR IN FEDERAL INSTITUTION'S | OFFICE OF THRIFT SUPERVISION<br>CONSUMER PROGRAMS<br>WASHINGTON, DC 20552<br>800-842-6929 |
| FEDERAL CREDIT UNIONS (WORDS "FEDERAL CREDIT UNION" APPEAR IN INSTITUTION'S NAME) | NATIONAL CREDIT UNION ADMINISTRATION<br>1775 DUKE STREET<br>ALEXANDRIA, VA 22314<br>703-518-6360 |
| STATE-CHARTERED BANKS THAT ARE NOT MEMBERS OF THE FEDERAL RESERVE SYSTEM | FEDERAL DEPOSIT INSURANCE CORPORATION<br>DIVISION OF COMPLIANCE & CONSUMER AFFAIRS<br>WASHINGTON, DC 20429<br>800-934-FDIC |
| AIR, SURFACE, OR RAIL COMMON CARRIERS REGULATED BY FORMER CIVIL AERONAUTICS BOARD OR INTERSTATE | DEPARTMENT OF TRANSPORTATION<br>OFFICE OF FINANCIAL MANAGEMENT<br>WASHINGTON, DC 20590<br>202-366-1306 |
| ACTIVITIES SUBJECT TO THE PACKERS AND STOCKYARDS ACT, 1921 | DEPARTMENT OF AGRICULTURE<br>OFFICE OF DEPUTY ADMINISTRATOR - GIPSA<br>WASHINGTON, DC 20250<br>202-720-7051 |

**END OF REPORT**

---

Back to Findings

---

## CRIMINAL RECORD SEARCH 

The criminal information reported on this website appears exactly as it is received from the
local jurisdictions and may contain information which would be prohibited for use in making
hiring decisions. Therefore, it is advisable to consult your corporate counsel prior to making
any adverse hiring decisions.

| City:   State: NJ  Zip: 07305  County: HUDSON | | |
|---|---|---|
| Status: CLOSED | Open Date: 9/10/2010<br>10:02:53 AM | Close Date: 9/10/2010<br>10:15:24 AM |

**Finding: Clear**

No criminal convictions found.

Back to Findings

City:   State: NY  Zip: 10461  County: STATE OF NY

Status: CLOSED                Open Date: 9/10/2010          Close Date: 9/13/2010
                                  10:02:53 AM                    5:21:02 AM

## Finding: Clear
NO CRIMINAL CONVICTION FOUND.

## Back to Findings

## City:    State: DE   Zip: 19720   County: NEW CASTLE
Status: CLOSED                Open Date: 9/10/2010          Close Date: 9/13/2010
                                  10:02:53 AM                    5:22:37 AM

## Finding: Alert

```
                    CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
MISDEMEANOR CLASS

Name On Court File: DENNIS K SHIPMAN        Name Given: DENNIS SHIPMAN

AKA: N/A
Date Of Birth On Court File:               Date Of Birth Given:

SS # On Court File: N/A                    SS # Given: ###-##-####

County: NEW CASTLE

State: DE

Docket # / Case #: 0710031013

Ind #: N/A

Arrest/Incident Date: 01/30/08

Charges:
1. CRIMINAL MISCHIEF (M)
2. DISORDERLY CONDUCT (M)

Disposition Date: 07/17/08

Disposition:
1. GUILTY
2. NOLLE PROSSED

Sentence Information:
1. COST
   FINE

Additional Information:
**NOTE: MIDDLE INITIAL ON FILE


                    CRIMINAL HISTORY SEARCH INFORMATION

CONVICTION RECORD
MISDEMEANOR CLASS

Name On Court File: DENNIS K SHIPMAN        Name Given: DENNIS SHIPMAN

AKA: N/A
Date Of Birth On Court File:               Date Of Birth Given:

SS # On Court File: N/A                    SS # Given: ###-##-####

County: NEW CASTLE

State: DE

Docket # / Case #: 0801037307
```

Ind #: N/A

Arrest/Incident Date: 01/30/08

Charges:
1. RESIST ARREST (M)
2. AUTHORITY TO TAKE PHOTO / FINGERPRINTS (M) 2 COUNTS

Disposition Date: 07/17/08

Disposition:
1. GUILTY
2. NOLLE PROSSED

Sentence Information:
1. COST
   FINE

Additional Information:
**NOTE: MIDDLE INITIAL ON FILE

---

REPORT GENERATED: Monday, Sep 13 2010

---

## Back to Findings

### SOCIAL SECURITY TRACE SEARCH

| Status: CLOSED | Open Date: 9/10/2010 10:02:34 AM | Close Date: 9/10/2010 10:02:53 AM |
|---|---|---|

### Finding: Alert

```
***************************** Social Security Trace *****************************
*                                                                              *
*                                                                              *
********************************************************************************
```

GENERATED: 09/10/2010 10:02:53 AM
TRANSACTION ID:14511927R1858028

```
        NAME
1.      DENNIS SHIPMAN
        SSN         VALID   STATE ISSUED           DATE ISSUED
        ###-##-####  YES    NEW YORK               01/01/1974

        ADDRESS                                    FROM      TO
        58 GROVE ST 2 NEWBURGH, NY 12550-4128      01/2009   08/2010

        NAME
2.      DENNIS M SHIPMAN
        SSN         VALID   STATE ISSUED           DATE ISSUED
        ###-##-####  YES    NEW YORK               01/01/1974

        ADDRESS                                             FROM      TO
        58 GROVE ST 2ND NEWBURGH, NY 12550-4128            01/2009   01/2010
        8 CANDLEWICK CT NEW CASTLE, DE 19720-3924          07/2008   05/2010
        2400 HALSEY ST BRONX, NY 10461-3646                12/2009   12/2009
        809 ARTHUR ST NEW CASTLE, DE 19720                 09/2007   09/2007
        809 ARTHUR SPRINGS LN NEW CASTLE, DE 19720-8773    07/2005   05/2006
        125 GREENVILLE AVE APT JERSEY CITY, NJ 07305-1823  04/2004   03/2005
        718 BINNEWATER LN FL 3 KINGSTON, NY 12401-8420     06/2003   11/2003
        20 JAMAICA AVE 1 GREENLAWN, NY 11740-3135          11/2002   06/2003
        21904 141ST RD APT SPRNGFLD GDNS, NY 11413-2913    02/2002   03/2003

        NAME
3.      DENNIS K SHIPMAN
        SSN         VALID   STATE ISSUED           DATE ISSUED
        ###-##-####  YES    NEW YORK               01/01/1974
```

```
ADDRESS                                                    FROM       TO
8 CANDLEWICK CT NEW CASTLE, DE 19720-3924                  07/2008    08/2010
809 ARTHUR SPRINGS LN NEW CASTLE, DE 19720-8773           07/2005    10/2009
809 ARTHUR ST NEW CASTLE, DE 19720                         09/2007    09/2007
20 JAMAICA AVE 1 GREENLAWN, NY 11740-3135                  11/2002    06/2007
125 GREENVILLE AVE APT 1                                   01/2004    10/2006
JERSEY CITY, NJ 07305-1823
718 BINNEWATER LN FL 3FLR KINGSTON, NY 12401-8420         06/2003    03/2006
21904 141ST RD APT D SPRNGFLD GDNS, NY 11413-2913         02/2002    03/2003
23127 MERRICK BLVD APT                                                05/2002
SPRNGFLD GDNS, NY 11413-2111
231-2 MERRICK BLVD LAURELTON, NY 11413                    09/1999    09/1999
29 MOUNT HOPE PL APT BRONX, NY 10453-6160                 04/1999    04/1999
321 MARKET ST APT TRENTON, NJ 08611-1731                  12/1991    01/1999
957 KENT AVE APT 4 BROOKLYN, NY 11205-4424                05/1990    01/1999
11549 180TH ST JAMAICA, NY 11434-1418                     01/1989    02/1992
13208 111TH AVE S OZONE PARK, NY 11420-1705               01/1989    12/1991
11549 180TH SAINT ALBANS, NY 11412
231 MERRICK BLVD # 2 JAMAICA, NY 11432


     NAME
4.   DENNIS K SHIPMAN
     SSN            VALID    STATE ISSUED        DATE ISSUED
     ###-##-####    YES      NEW YORK            01/01/1974

     ADDRESS                                                 FROM       TO
     8 CANDLEWICK CT NEW CASTLE, DE 19720-3924               01/2009    02/2010
     219 4 141 RD APT C LAURELTON, NY 11413                  08/2001    08/2001
     899 BROADWAY APT 306 WESTBURY, NY 11590-3768            09/2000    09/2000


     NAME
5.   DENNIS SHIPPMAN
     SSN            VALID    STATE ISSUED        DATE ISSUED
     ###-##-####    YES      NEW YORK            01/01/1974

     ADDRESS                                                 FROM       TO
     58 GROVE ST # 2ND NEWBURGH, NY 12550-4128               01/2010    01/2010
     2400 HALSEY ST BRONX, NY 10461-3646                     12/2009    12/2009
     8 CANDLEWICK CT NEW CASTLE, DE 19720-3924               07/2008    11/2009
     809 ARTHUR ST NEW CASTLE, DE 19720                      09/2007    09/2007
     809 ARTHUR SPRINGS LN NEW CASTLE, DE 19720-8773         07/2005    05/2006
     125 GREENVILLE AVE APT JERSEY CITY, NJ 07305-1823       04/2004    03/2005
     718 BINNEWATER LN FL 3 KINGSTON, NY 12401-8420          06/2003    11/2003
     20 JAMAICA AVE 1 GREENLAWN, NY 11740-3135               11/2002    06/2003
     21904 141ST RD APT SPRNGFLD GDNS, NY 11413-2913         02/2002    03/2003


     NAME
6.   DENNIS D SHIPMAN
     SSN            VALID    STATE ISSUED        DATE ISSUED
     ###-##-####    YES      NEW YORK            01/01/1974

     ADDRESS                                                 FROM       TO
     809 ARTHUR SPRINGS LN NEW CASTLE, DE 19720-8773         12/2005    05/2007


     NAME
7.   DENNIS R SHIPMAN
     SSN            VALID    STATE ISSUED        DATE ISSUED
     ###-##-####    YES      NEW YORK            01/01/1974

     ADDRESS                                                 FROM       TO
     11549 180TH ST JAMAICA, NY 11434-1418                   02/1992    12/1992


     NAME
8.   DENNIS R SHIPMAN
     SSN            VALID    STATE ISSUED        DATE ISSUED
     ###-##-####    YES      NEW YORK            01/01/1974

     ADDRESS                                                 FROM       TO
     185 AVENUE OF THE AMERICAS NEW YORK, NY 10013-1209      09/1988    09/1988
     17 S 32ND ST WYANDANCH, NY 11798-3605                   01/1988    01/1988
```

--------------------------------------------------------------------------
END-USER IS NOTIFIED THAT FOR LEGAL AND PRACTICAL REASONS INFORMATION

OBTAINED  THROUGH A SOCIAL  SECURITY NUMBER  TRACE  SHOULD BE  USED  ONLY TO
VERIFY  THE INFORMATION  PROVIDED  BY THE  CONSUMER  ON  HIS/HER  EMPLOYMENT
APPLICATION. INFORMATION  OBTAINED  THROUGH  A SOCIAL  SECURITY NUMBER TRACE
SHOULD  NOT BE  USED ALONE OR IN  CONJUNCTION WITH ANY  OTHER INFORMATION TO
MAKE AN EMPLOYMENT DECISION.
-----------------------------------------------------------------------------

**END OF NETWORK TRACE**

*****************************************************************************
PLEASE NOTE  THAT THE RESULT OF THE SOCIAL SECURITY TRACE SEARCH YIELDED THE
FOLLOWING NAMES IN ADDITION TO THE NAME ORIGINALLY ENTERED FOR THE APPLICANT:

DENNIS SHIPPMAN - LAST NAME DOES NOT MATCH. (SEE #5 ABOVE)


IF  OTHER  SEARCHES  ARE  REQUIRED,  PLEASE  CONTACT  OUR  CLIENT SERVICES
DEPARTMENT  AT  CLIENTSERVICES@STERLINGINFOSYSTEMS.COM.

NOTE:  AN  ADDITIONAL  CHARGE  MAY  APPLY  FOR  EACH  ADDITIONAL  NAME.
*****************************************************************************

## Back to Findings