UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DENNIS SHIPMAN

                                    Plaintiff,

    v.
                                    Civil Action No.
                                    1:10-cv-1124 (GLS/DRH)

STERLING INFOSYSTEMS, INC.

                                    Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                       OF COUNSEL:

**FOR THE PLAINTIFF:**

DENNIS SHIPMAN
Plaintiff *pro se*
58 Grove Street, 2nd Floor
Newburgh, New York 12250-4128


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

     The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge David R. Homer, duly filed November

23, 2010.  Following ten days from the service thereof, the Clerk has sent

the file, including any and all objections filed by the parties herein.

     No objections having been filed, and the court having reviewed the

Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed November 23, 2010 (Dkt. No. 5) is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that Shipman's complaint is DISMISSED in its entirety without prejudice pursuant to Fed. R. Civ. P. 16(f)(1)(C) and 37(b)(2)(A)(v) for Shipman's failure to comply with the Court's September 24, 2010 order; and it is further

ORDERED, that the Clerk of the court serve a copy of this order upon the parties by regular mail.

IT IS SO ORDERED.

Dated:	December 23, 2010
		Albany, New York

_____
Gary L. Sharpe
U.S. District Judge

2